IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA** : Crim. No. 1:15-cr-167
:
**v.** :
:
**MARTIN MENTZER** : Judge Sylvia H. Rambo

## O R D E R

For the reasons set forth in the accompanying memorandum of law, **IT IS HEREBY ORDERED** as follows:

1) The petition filed pursuant to 28 U.S.C. § 2255 (Doc. 55) is **GRANTED IN PART** and **DENIED IN PART**.

2) The judgment of Martin Allen Mentzer's sentence entered on July 20, 2016 (Doc. 51) is **VACATED**.

3) The Clerk of Court shall reenter Mentzer's sentence as of the date of this order so that he has the opportunity to file a direct appeal.

4) In all other respects, the relief requested in the § 2255 petition is **DENIED**.

                                              s/Sylvia H. Rambo
                                              SYLVIA H. RAMBO
                                              United States District Judge

Dated: February 8, 2018