IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Crim. No. 1:15-cr-167** |
| | : | |
| **v.** | : | |
| | : | |
| **MARTIN ALLEN MENTZER** | : | **Judge Sylvia H. Rambo** |

## O R D E R

**AND NOW**, this 10th day of April, 2024, upon consideration of Defendant's motion to disqualify pursuant to 28 U.S.C. § 455(a) and (b)(1), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that the motion is **DENIED**.

/s/ Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge